David R. Kott, Esq.
Christopher S. Mayer, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 FAX

Howard Shapiro, Esq.
Lindsey H. Chopin, Esq.
Stacey C. S. Cerrone, Esq.
**PROSKAUER ROSE LLP**
650 Poydras Street, Suite 1800
New Orleans, LA 70130
(504) 310-4088
(504) 310-2022 FAX

*Attorneys for Defendants*
*St. Joseph's Hospital and Medical Center*
*and St. Joseph's Healthcare System, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA GARBACCIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER AND SUBSIDIARIES, a New Jersey Nonprofit Corporation, ST. JOSEPH'S HEALTHCARE SYSTEM, INC., a New Jersey Nonprofit Corporation, JOHN AND JANE DOES 1-20, MEMBERS OF THE COMMITTEE THAT ADMINISTERS THE ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER PENSION PLAN, each an individual, JOHN AND JANE DOES 1-40, MEMBERS OF THE EXECUTIVE FINANCE COMMITTEE OF THE BOARD OF TRUSTEES, each an individual, and JOHN AND JANE DOES 41-60,<br><br>Defendants. | Civil Action No. 2:16-cv-02740-JMV-JBC<br>Honorable John Michael Vazquez<br>Honorable James B. Clark, III<br><br>**ORDER CONSOLIDATING CASES, GRANTING PLAINTIFFS LEAVE TO FILE A CONSOLIDATED COMPLAINT, EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE PLEAD AND SETTING DEADLINES FOR ANY PRE-ANSWER MOTIONS FILED BY DEFENDANTS** |

ME1 22697580v.1

| | |
|---|---|
| MARY LYNN BARKER, ANNE MARIE DALIO, AND DOROTHY FLAR, individually and on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br><br>v.<br><br>ST. JOSEPH'S HEALTHCARE SYSTEM, INC., ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER d/b/a ST. JOSEPH'S REGIONAL MEDICAL CENTER, THE ST. JOSEPH'S REGIONAL MEDICAL CENTER PENSION PLAN COMMITTEE and JOHN DOES 1-20,<br><br>                                  Defendants. | Civil Action No. 2:16-cv-02748-JLL-JAD<br>Honorable Jose L. Linares<br>Honorable Joseph A. Dickson |

These matters having been opened to the Court by McCarter & English, LLP and by Proskauer Rose LLP, attorneys for defendants St. Joseph's Hospital and Medical Center and St. Joseph's Healthcare System, Inc.;[1] and it appearing that plaintiff Garbaccio has filed a motion for consolidation and appointment of lead plaintiff and co-lead counsel [Docket No. 8, Filed 05/27/16 in <u>Barker</u>; Document 14, Filed 05/27/16 in <u>Garbaccio</u>]; and it further appearing that plaintiffs Barker, Dalio and Flar have pending a motion for entry of proposed Pretrial Order No. 1 consolidating cases, establishing procedures for consolidation of future-filed cases, and appointing interim co-lead class counsel; [Docket No. 24, Filed 06/21/16 in <u>Barker</u>; Document No. 29, Filed 06/21/16 in <u>Garbaccio</u>]; and attorneys for defendants having represented that the attorneys for plaintiff Garbaccio and for plaintiffs Barker, Dalio and Flar have no objection to the form and entry of the within Order; and all parties stipulating that the within matters should be consolidated; and good cause appearing;

IT IS this 12th day of July, 2016

ORDERED that:

---

[1]     The defendants do not concede that all defendant parties are named properly.

1. The within cases be and they hereby are consolidated and are assigned to the Honorable District Judge John Michael Vazquez and the Honorable Magistrate Judge James B. Clark, III;

2. Plaintiffs be and they hereby are granted leave, within 30 days after the Court rules on the pending motion for consolidation and appointment of lead plaintiff and co-lead counsel, to file a Master, Consolidated Complaint;

3. The time for defendants to Answer, Move or Otherwise Plead be and hereby is extended through and including 60 days after the filing of the Master, Consolidated Complaint;

4. If defendants file any pre-answer motions, plaintiffs shall file and serve their opposition to defendants' pre-answer motions within 60 days after defendants file any such pre-answer motions; and

5. Defendants shall file and serve any reply papers in support of any pre-answer motions filed by defendants within 30 days after the filing of plaintiffs' opposition to any pre-answer motions filed by defendants.

6. Plaintiff's motions to appoint lead plaintiff and to appoint counsel [Docket Entry Nos. 14 and 29] are hereby administratively terminated with leave to re-file upon the filing of the Master, Consolidated Complaint.

_____
Hon. James B. Clark, III, U.S.M.J.

_____
Hon. Joseph A. Dickson, U.S.M.J.

[This Order terminates Docket Entry Nos. 14 and 29].

-3-

ME1 22697580v.1